# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| GISSING NORTH AMERICA LLC<br>    *f/k/a Conform Gissing International, LLC* | Chapter 7<br>Case No. 22-46160-lsg<br>Hon. Lisa S. Gretchko |
|                              Debtors[1].<br>_____/ | |

KENNETH NATHAN, Trustee,

       Plaintiff,                             Adv. Pro. No. 24−04267−lsg

v.                                                   Hon. Lisa S. Gretchko

CASCO PRODUCTS CORPORATION,

       Defendant.
_____/

## ORDER EXTENDING TIME FOR CASCO PRODUCTS CORPORATION TO ANSWER PLAINTIFF'S COMPLAINT

THIS MATTER came before the Court upon stipulation ("Stipulation"; ECF No. 5) between the Plaintiff Kenneth Nathan, Chapter 7 Trustee, and Defendant Casco Products Corporation consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause for entry of this Order.

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175

NOW, THEREFORE, IT IS HEREBY ORDERED that Casco Products Corporation has until and through September 17, 2024 to file an answer to the Complaint (ECF No. 1) in the above-captioned adversary proceeding.

**Signed on August 28, 2024**



/s/ Lisa S. Gretchko
**Lisa S. Gretchko
United States Bankruptcy Judge**