# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**

| | |
|---|---|
| GISSING NORTH AMERICA LLC | Chapter 7 |
|     *f/k/a Conform Gissing International, LLC* | Case No. 22-46160-lsg |
| | Hon. Lisa S. Gretchko |
|                     Debtors[1]. | |
| _____/ | |

KENNETH NATHAN, Trustee,

        Plaintiff,                                Adv. Pro. No. 24−04267−lsg

v.                                                     Hon. Lisa S. Gretchko

CASCO PRODUCTS CORPORATION,

        Defendant.

_____/

## STIPULATED ORDER EXTENDING MEDIATION DEADLINE

THIS MATTER came before the Court upon stipulation ("Stipulation"; ECF No. 12) among Kenneth Nathan, Trustee and Plaintiff, and Defendant, Casco Products Corporation, consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause for entry of this Order.

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the deadline for Plaintiff and Defendant to complete mediation is extended until and through February 3, 2025.

**Signed on December 6, 2024**



/s/ Lisa S. Gretchko

Lisa S. Gretchko
United States Bankruptcy Judge